# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED FEBRUARY 25, 2015

### NO. 03-14-00593-CV

**Comed Medical Systems, Co., Ltd. d/b/a GEMSS Medical and
GEMSS North America Inc., f/k/a GEMSS USA Inc., Appellants**

**v.**

**AADCO Imaging, LLC and AADCO Medical Inc., Appellees**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on August 28, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. We affirm the district court's temporary injunction in favor of AADCO, with one narrow exception—the order's requirement that GEMSS "cease the publication of all communications . . . stating that the [MDA] has been terminated or is ineffective," to the extent it prohibits GEMSS from advocating its positions in the pending arbitration proceedings or any subsequent or related judicial proceedings. The order is remanded to the district court for further proceedings to address that feature of the order. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.